**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ROBERT A. DOANE,

                Plaintiff,

vs.

TELE CIRCUIT NETWORK
CORPORATION, et al.,

                Defendants.

CIVIL ACTION FILE

NO. 1:19-cv-00111-JPB

**J U D G M E N T**

This action having come before the Court, Honorable J.P. Boulee, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the Court having granted said motions, it is

**Ordered and Adjudged** that Plaintiff's federal claims are **dismissed with prejudice** and the remaining state law claims are **dismissed without prejudice.**

Dated at Atlanta, Georgia, this 13th day of January, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  *s/D. McGoldrick*
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 13, 2020
James N. Hatten
Clerk of Court

By: *s/D. McGoldrick*
      Deputy Clerk