## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| **ROBERT A DOANE,** ) | **CIVIL #. 1:19-CV-00111-MLB** |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | |
| **TELE CIRCUIT NETWORK, CORP.** ) | |
| **Et al.** ) | |
| ) | |
| **Defendants** ) | |

## <u>DECLARATION OF ROBERT A. DOANE</u>

**ROBERT A DOANE,** pursuant to 28 U.S.C. § 1746 hereby declares under penalty of perjury as follows:

1.      I am over age 21 and make this declaration on the basis of my personal knowledge.

2.      I am the Plaintiff in the above captioned matter.

3.      I have been diagnosed with, and suffer from, chronic pain resulting from injuries to my cervical spine and shoulder, and have also been diagnosed with and suffer from sleep disorders and as a result I often sleep random hours throughout the day. Additionally, I am the trustee of several trusts and, at the time of the calls complained of, was the primary caretaker and power of attorney for my two elderly parents, and stepmother who suffered from dementia.

4.      At all times relevant, I have owned and maintained a cellphone with the number of 781-245-6577, a number associated with my household since I was a child, and which – due to my interest in maintaining my privacy and to not be interrupted in my day to day affairs – I have, over a decade ago, registered with the "do not call list" maintained by the Federal Trade Commission.

5.      My family and friends associate me with my cellphone number and my elderly parents, who could easily remember this number, relied on it to contact me on daily basis.

6.      On April 26, 2017, at about 6:36 PM, I received a call on my cellphone from 251-867-6185.  The party claimed to have received a call from my cellphone.  In fact, I never made a call to that number.

7.      About a half hour later, at 7:17 PM, I received a call on my cellphone from 713-670-9730 from another party wrongly accusing me of having called.  I never made a call to that number either.

8.      That evening, I began receiving an influx of calls from various different persons from several different states all alleging they received calls from me.  In fact, I made no such calls.

9.      As a result of the foregoing, I became extremely concerned and distressed and was unable to sleep that night.

10.     The next morning, April 27, 2017, my phone became inundated with calls from people claiming I had been calling them.  The callers reported that their caller identifications displayed "Doane Robert 781-245-6577."  I again attempted to explain to these persons that I was not making the calls.

11.     Over the course of the day, I attempted to answer as many calls as I could to explain I was not making the calls.  I also requested the assistance of several understanding persons to get information from those that were calling them – while causing my name and number to falsely appear on their caller identifications – and provide that information to me.

12.     I requested one caller to text me a photo showing the caller identification information that was fraudulently displayed on the caller's phone.  A true copy of a screenshot provided to me from caller 931-232-6485 is attached herewith as **"Exhibit 1"** and incorporated herein by reference.

13.     The calls continued to get worse in frequency that day.  In fact, I was receiving calls while I was on the phone explaining to callers that I had not made the calls.  Ultimately, despite my efforts, I could not keep up with the influx of calls.

14.     Many callers that contacted me were irate and threatened to sue me for harassment, report me to the authorities, including the police and the FBI.  In certain instances I was advised that I had been so reported. A true copy of these automated voicemail transcripts containing these statements are attached herewith as **"Exhibit 2"** and incorporated herein by reference.

15.     My voicemail quickly filled to capacity, I was unable to keep up with the calls, and my phone software began behaving erratically where the voicemail recordings became garbled and inaudible such that I was not able to distinguish between callers that would need to be addressed to prevent adverse consequence and those that may not.

16.     On the evening of April 27, 2017, I reported the illegal use of my name and number to the Wakefield, Massachusetts Police Department.

17.     On Friday, April 28, 2017, I was forced to silence my phone as it became clear to me that my efforts to explain to every caller that I was not in fact responsible for the calls was unmanageable, if not impossible.

18.     As I reviewed some of my voicemails, I began discovering information from several of those callers who I talked with asking for assistance.  According to these reports, the agent callers had foreign accents and were calling senior citizens on behalf of "Tele Circuit" attempting to sell products and or services.  This is consistent with Internet-posted reports by others involving Tele Circuit, as well as the call script drafted by Defendants for use by Tele-Circuits' telemarketers.  A true copy of a one such report is attached herewith as **"Exhibit 3".**

19.    On April 27, 2017 at 4:33 PM, a caller from 931-759-7274 left me a voicemail message stating a second call was received fraudulently showing my name and number from an agent who identified himself as "Sam Cash" from "Tele Circuit."  After this caller expressed interest, the agent provided a Tele-Circuit call back number of 887-835-3247.  That number was identified as a number maintained by Tele-Circuit.  A true copy of a transcript of that voicemail message is attached herewith as **"Exhibit 4"** and incorporated herein by reference.

20.    On April 28, 2017 at 2:59 PM, a caller from 423-733-4267 left a voicemail message stating that another call was received fraudulently showing my name and number and the agent claimed to be calling senior citizens to solicit sales on behalf of Tele-Circuit for "reduced phone services from AT&T for $45.00 per month."  A true copy of the transcript of that call is attached herewith as **"Exhibit 5"** and incorporated herein by reference.

21.    On April 28, 2017, I received a call from 352-463-2454.  This caller left a voice message indicating she had received repeated calls from me and stating that she reported me to the Trenton, Florida police department. I, fearful that I would be charged with a criminal offense, was compelled to call that police department to report I did not in fact make the calls.

22.    I installed TrapCall on my cell phone in the late afternoon of April 27, 2017.  Thereafter, according the TrapCall log, over 130 voice mail messages from callers believing I had called them were received on my cellphone (as of 4:00 P.M., April 29, 2017).   A true copy of this log is attached herewith as **"Exhibit 6"** and incorporated herein by reference.

23.    Following April 29, 2017, I continued to receive calls from consumers in several states, including Texas, Florida, North Carolina, South Carolina, Alabama, and Tennessee, claiming that they had been contacted by me on behalf of Tele-Circuit.

24.     At no time did I give Tele-Circuit, Defendant Syed or any agent, employee, representative or control person of the Defendants permission to utilize my name and number for any purpose.

25.     At the time of Tele-Circuit's use of my personal identifying information, Tele-Circuit and Mr. Syed either knew or should have known that my number was a Massachusetts number, and that its owner was a resident of Massachusetts.  They further knew or should have known that the use of my number in Tele-Circuit's deceptive and illegal telemarketing campaign would have the negative consequences to me described above and I would suffer harm in Massachusetts as a result thereof.

26.     On May 8, 2017, I sent Defendant Tele-Circuit's Chief Executive Officer, Defendant Syed, and other officers of Defendant Tele-Circuit, a 30-day M.G.L. c. 93A demand letter, alleging these defendants, by using my name and telephone number, had committed identify fraud and that the conduct of these defendants violated the Massachusetts Consumer Protection Act (M.G.L. c. 93A). By way of this letter, I demanded that Tele-Circuit cease and desist from the use of my personal identifying information in its illegal telemarketing campaign and provide me with a complete list of those contacted using my personal identifying information. I likewise demanded that Tele-Circuit issue each of those called a letter explaining that I was not Tele-Circuit's agent.  A true copy of my demand letter is attached herewith as **"Exhibit 7"** and incorporated herein by reference.

27.     Within minutes of receiving the M.G.L. c. 93A demand letter referenced above, Defendant Syed called me and threatened me.  Specifically, Syed stated to me that he "knew me" and would come after me.  Aside from the specific language Defendant Syed used, I interpreted Syed's tone to constitute a substantial threat to my person.  In response, I confirmed the conversation in a

second email to Syed.  A true copy of my email is attached herewith as **"Exhibit 8"** and incorporated herein by reference.

28.     Defendant Syed responded further to my second email.  A true copy of Syed's email is attached herewith as **"Exhibit 9"** and incorporated herein by reference.

29.     On Mother's Day, May 14, 2017, while I was visiting my mother, I received a call from an irate Texas man accusing me of having made several calls on behalf of Tele-Circuit to his mother saying inappropriate things.  The man suggested he would sue me and insinuated he would come to Massachusetts and inflict physical harm upon me.

30.     On May 15, 2017, my counsel sent another letter demanding that the Defendants respond providing the telemarketer's contact information so my ongoing harms could be addressed.  The letter also stated in part, "[i]f this information is not provided, Mr. Doane will consider it an admission by [Tele-Circuit] that it is *directly* responsible for the aforementioned illegal spoofing." A true copy of counsel's letter is attached herewith as **"Exhibit 10"** and incorporated herein by reference.

31.     Defendant Syed responded to counsel's letter refusing to provide the information and encouraging me to proceed with a lawsuit, which Defendant Syed stated would be met with a counter suit.  A true copy of Syed's response is attached herewith as **"Exhibit 11"** and incorporated herein by reference.

32.     As a result of Defendants' conduct, I have suffered, and continue to suffer, severe emotional distress with physical manifestations.  Specifically, the events, the stress, the threats, and Defendants' unlawful conduct have caused me tension, interference with sleep, exacerbation of my chronic pain, and exacerbation of sleep disturbance, and has caused increased daytime

somnolence, requiring me to increase my medications and supplements, and engage in other ways, in an attempt to manage and alleviate these symptoms.

33.    I have also expended money, and continue to expend money for attorney fees attempting to mitigate the ongoing threat of harm and liability in connection with and concerning the subject spoofed calls.

34.    I suffer further actual monetary losses as a result of the Defendants' conduct, ranging from the wear and tear on my cellphone from the onslaught of angry callers calling believing I had called them, battery depletion and electricity used for recharge, to the expense of software to track the calls of those angry callers believing I had called them.

35.    My damages, which include my attorney fees, well exceed $75,000.00.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 17    in Wakefield , Massachusetts.


**ROBERT A. DOANE**

# EXHIBIT "1"



Text Message
Thu, Apr 27, 11:34 AM



Here's the pic of the phone call I received this morning from your number.

Can you tell me the number you received it on? I am assuming it is your home number? And is it on the do not call list? If so, can you get verification from the FTC website that it is on the do not call list? Also, confirm for me

# EXHIBIT "2"





New Voicemail
Kenneth T Gilfillan
(803) 925-2626
3710 Sawmill Road
Hickory Grove SC 29717
(04/27/17 9:39 PM)
Don t know who you are what you re calling for I noticed you called my house about three times and I d like to find out what s going on why you re calling my house. You don t leave messages and I don t appreciate that. If you re trying to get in touch with me for something I wanna know do not call back if you can t leave a message.











●●○○○ AT&T 📶          5:22 PM          🚀 14% 🔋

‹ 4

Trap Call II

ⓘ

**Updated Contact info found**
Trap Call II (212) 584-5221 update...          ⊗

▶ ---------------|᭼ᛁᛁᛁ᭼|--- 0:38

New Voicemail
Lucretia Howe
(806) 983-5352
901 West Jackson Street
Floydada TX 79235
(04/28/17 11:55 AM)
Well I missed your call so I
thought I d better call back and
see what what you need to talk
to me about. I ll talk to you
later. Okay. Goodbye. Thank
you.

Tap to Load Preview

v.trapcall.com          ›

▶ -ᛁᛁ------|------ 0:15

New Voicemail

📷   💗   🅰   Text Message   ⬆









●●○○○ AT&T 📶   5:23 PM   📍 13% 🔋

‹ 4

Trap Call ll

ℹ️

**Updated Contact info found**
Trap Call ll (212) 584-5221  update...  ⊗

▶ ▬▬▬▬▬▬|||||||||||||||▬▬ 0:57

New Voicemail
Patricia J Little
(254) 629-8152
1913 Texas 112
Eastland TX 76448
(04/28/17 3:11 PM)
Mr. Don this is Pat Little. I got
home late yesterday and saw
that you had called three times
during the day. I m so sorry I
missed you. I I will be here until
about a little before five this
afternoon and then I ll be here
during the day tomorrow. I m
sorry again that I missed you
and I hope you call me back.
Thank you. Bye bye.

Tap to Load Preview

v.trapcall.com  ›

Text Message  ⬆













# EXHIBIT "3"



800notes.com/Phone.aspx/1-678-818-1166/2

🏠 **6788181166**

**KellieM**
19 Apr 2017

I just got a call from Tele Circuit. The man asked for me by name, first and last. He told me he knew I had phone service with AT&T and that I got a discount from Lifeline. I asked him what the company is that he is calling from and he said Tele like telephone and Circuit like an electric circuit...sounds intelligent, right? He tried to continue with his sales pitch but when I asked him how he got my name, number and information he hung up on me. Sounds like a scammy operation. A legitimate company wouldn't hang up on you. What I want to know is how they got that much information about me and what services I utilize. It's very disconcerting for anyone to have this much information, period!! I am on the DNC list and I reported them. Any of you who are also on the list needs to report them as well by going to https://donotcall.gov/

*Caller: Tele Circuit*
*Call type: Telemarketer*

[ Reply ]  [ ! ]

**Willie**
20 Apr 2017

Middle Eastern scammer said his name was Adam Smith (thick Middle Eastern accent). Trying to sell some kind of 3rd party phone service scam. Told him my name was Saddam Hussein and he hung up. What a loser.

*Call type: Telemarketer*

javascript:window.open(window.clickTag)

# EXHIBIT "4"



••○○○ AT&T 📶                5:43 PM              📍 14% 🔋⚡

Greeting          **Voicemail**           Edit

Nacogdoches, TX                        0:27

**(352) 543-9810**              4/27/17  ⓘ
Cedar Key, FL                          0:21

**(936) 348-9032**              4/27/17  ⓘ
Madisonville, TX                       0:23

**(931) 759-7274**              ⬆️      ⓘ

Lynchburg, TN
April 27, 2017 at 4:33 PM

**Transcription Beta**

"I'm trying to get a      hold of Robert at
spoke to you        ago the guy call
back that is nine is Sam cash and
works for Telus circuit        company the
phone number he gave me is
1-877-835-3347 call back if you need
anything else have a good day..."

Was this transcription useful or not useful?

▶️  0:00 |                              -0:28

Speaker          Call Back          Delete

**(803) 284-2719**              4/27/17  ⓘ

⭐          🕐          👤          ⬛⬛⬛      ◯◯④
Favorites   Recents    Contacts    Keypad    Voicemail

# EXHIBIT "5"



Creative Gifts By Christine
(423) 733-4267
742 Perry Livesay Road
Kyles Ford Tennessee
(04/28/17 2:57 PM)
Hello this is Christine Lorenz. I called you the other day because this phone call came in to me and you asked me if I would help you or give you any information about the call today I got another one of these calls and it s from Tele circuit. They re taking senior citizens and offering them reduce phone calls from AT T for 45 a month. Sounded like Indian people but I could be wrong. I m at 423 733 4267. If you wanna call me back for more detail. I m sorry you re going through this but if I get any more information I will be glad to help you. Thank you have a great day bye.

# EXHIBIT "6"

Upwork Blocked Calls

http://www.trapcall.com/legguorm...

Houston, TX

(254) 629-8152  Pamera D Jones
Faeland, TX
04:18PM 04-29-2017
— Voicemail

(803) 425-9996  Dristine James
Camden, SC
04:20PM 04-29-2017
— Voicemail

(781) 428-1522  Robert Deane
Wakefield, MA
02:37PM 04-29-2017

(781) 428-1522  Robert Deane
Wakefield, MA
02:22PM 04-29-2017

(315) 322-9820  Lily Koe
Madrid, NY
01:49PM 04-29-2017
— Voicemail

(803) 593-9658  Marshall A Richardson
Clearwater, SC
01:32PM 04-29-2017
— Voicemail

(757) 575-2344  S Holloway
Norfolk, VA
01:01PM 04-29-2017

(423) 476-0120  Betty M Ketchum
Cleveland, TN
12:53PM 04-29-2017
— Voicemail

(539) 548-9032  Marshall Gordon Green
Midway, TN
12:00PM 04-29-2017
— Voicemail

(210) 413-3454  Suzanne S McClevey
Morlat, TX
10:58AM 04-29-2017
— Voicemail

(617) 500-7618  Unknown
10:35AM 04-29-2017

(617) 290-9440  Francis Hartman
Hawthorn, MA
10:33AM 04-29-2017

(781) 428-1522  Robert Deane
Wakefield, MA
10:03AM 04-29-2017

(781) 428-1522  Robert Deane
Wakefield, MA
10:01AM 04-29-2017

(781) 428-1522  Robert Deane
Wakefield, MA
09:51AM 04-29-2017

(781) 428-1522  Robert Deane
Wakefield, MA
09:51AM 04-29-2017

---

Upwork Blocked Calls

(781) 428-1522  Robert Deane
Wakefield, MA
http://www.trapcall.com/legguorm...

(781) 428-1522  Robert Deane
Wakefield, MA
09:49AM 04-29-2017

(409) 698-2862  Randy C Annino
Jasper, TX
09:38AM 04-29-2017
— Voicemail

(931) 326-5540  Savanna S Walker
Pomeroy, TN
08:41AM 04-29-2017
— Voicemail

(432) 527-3228  Raymond Russo
Wink, TX
04:00AM 04-29-2017

(615) 735-3238  Branham M Zelenka
Carthage, TN
02:30PM 04-28-2017
— Voicemail

(409) 698-2862  Randy C Annino
Jasper, TX
09:38PM 04-25-2017
— Voicemail

(386) 252-1563  Patricia K Champion
Daytona Beach, FL
09:48PM 04-25-2017
— Voicemail

(210) 872-5887  Nickey Kiss
San Antonio, TX
09:40PM 04-28-2017
— Voicemail

(615) 735-0373  M Adam D Smith
Olive Springs, TN
09:20PM 04-28-2017
— Voicemail

(615) 242-1729  Jesus Williams
Nashville, TN
09:00PM 04-25-2017
— Voicemail

(803) 663-9348  Glenda F Colvard
Trenton, SC
08:06PM 04-28-2017
— Voicemail

(423) 496-2050  Kelly R Argo
Copperhill, TN
08:30PM 04-28-2017
— Voicemail

(305) 893-2825  Vega R Prince
Miami, Florida
08:20PM 04-28-2017
— Voicemail

(423) 496-2050  Kelly R Argo
Copperhill, TN
08:30PM 04-28-2017
— Voicemail

(704) 558-9311  Leigh R Waters
Cabot, NC
08:15PM 04-28-2017
— Voicemail

(512) 258-1437  Unknown
07:40PM 04-28-2017

---

Upwork Blocked Calls

(901) 329-1567  Nyla Stanford
Elmidge, TN
http://www.trapcall.com/legguorm...

(940) 928-2273  Maw H Hanars
Bowie, TX
07:38PM 04-28-2017
— Voicemail

(615) 735-0373  M Adam D Smith
Olive Springs, TN
07:25PM 04-28-2017
— Voicemail

(334) 689-0475  Galleva, AL
07:20PM 04-28-2017
— Voicemail

(830) 629-4567  Richard Ferrara
New Braunfels, TX
07:15PM 04-28-2017
— Voicemail

(972) 564-9230  Rilla J Jackson
Kemily, TX
07:14PM 04-28-2017
— Voicemail

(731) 738-5602  Ben A Benjamin
Henning, TN
07:10PM 04-28-2017
— Voicemail

(713) 560-3224  David Lilly
Homate, TX
07:36PM 04-28-2017
— Voicemail

(904) 289-9878  George Clark
Jacksonville, FL
07:00PM 04-28-2017
— Voicemail

(919) 658-9926  Hoy Thompson
Silver Springs, NC
06:59PM 04-28-2017
— Voicemail

(334) 289-3723  Estelle B Brant
Collier, AL
06:55PM 04-28-2017
— Voicemail

(979) 279-3940  Sheldon Ely
Bryan, TX
06:33PM 04-28-2017
— Voicemail

(315) 322-9820  Lily Koe
Madrid, NY
06:33PM 04-28-2017

(386) 755-3519  Unknown
06:30PM 04-28-2017

(423) 733-4267  Oroanie Felix By Chevrong
Kykes Nord, Tennessee
06:30PM 04-28-2017
— Voicemail

(830) 796-7242  Dirk Sebeck
Bandera, TX
06:34PM 04-28-2017
— Voicemail

(731) 764-0341  Cora A Watson
Saulsbury, TN
06:44AM 04-28-2017
— Voicemail

---

Upwork Blocked Calls

(731) 764-0341  Cora A Watson
Saulsbury, TN
http://www.trapcall.com/legguorm...

(254) 315-1371  Perry Courtney
Moreton, TX
06:04PM 04-25-2017
— Voicemail

(615) 356-2789  Tammy D Braxman
Pegram, TN
05:18PM 04-29-2017
— Voicemail

(423) 733-2646  Ange Stout
Dalton, TN
05:17PM 04-29-2017
— Voicemail

(423) 733-2646  Ange Stout
Elizan, TN
05:16PM 04-28-2017
— Voicemail

(423) 733-2646  Ange Stout
Wilson, TN
05:10PM 04-29-2017
— Voicemail

(617) 500-7618  Unknown
05:06PM 04-28-2017

(931) 659-9434  Suzanne Boyers
Petersburg, TN
05:07PM 04-29-2017
— Voicemail

(865) 494-8800  Dale C Wakeridly
Andersonville, TN
05:00PM 04-29-2017
— Voicemail

(315) 322-9820  Lily Koe
Madrid, NY
04:53PM 04-29-2017
— Voicemail

(803) 425-9996  Dristine James
Camden, SC
04:52PM 04-29-2017
— Voicemail

(803) 425-9996  Dristine James
Camden, SC
04:51PM 04-29-2017
— Voicemail

(757) 575-2344  S Holloway
Norfolk, VA
04:52PM 04-29-2017

(254) 647-1971  Mike M Nelson
Ranger, TX
04:41PM 04-29-2017
— Voicemail

(979) 279-3940  Sheldon Ely
Bryan, TX
04:37PM 04-29-2017
— Voicemail

(615) 356-2789  Tammy D Braxman
Pegram, TN
04:36PM 04-29-2017
— Voicemail

(803) 584-3085  Kimberly Dunton
Monks, SC
04:34PM 04-29-2017
— Voicemail

EXHIBIT
6
tabbies

http://www.trapcall.com/

Martin, SC

(254) 863-5756   Jane W Braun
Axtell, TX

(256) 974-8913   Willard F Winemiller
Toney, AL

(803) 531-5684   David G Hill
Camdan, SC

(931) 994-9530   David Baker
Centerville, TN

(254) 631-7565   Gaylon Wilkinson
Zinnland, TX

(254) 631-6670
Unknown

(644) 638-7776   Millicile Gaipate
Livermore

(409) 429-5353   JT Begham
Bryan, TX

(865) 582-6896
Knoxville, TN

(615) 654-3956   Ricky Lowhorn
Cross Plains, TN

(281) 219-1519   Goldie M Green
Houston, TX

(865) 494-6504   Warren Plumbing Co Speckey
Clinton, TN

(931) 283-0026   Jama J Smith
Hartselle, TN

(931) 307-3489
Unknown

(615) 799-8602   Thomas E Bradford
Primm Springs, TN

(731) 259-5756   S R Indian
Kumar, TN

9 of 19                                                    5/16/17, 1:36 PM

---

http://www.trapcall.com/

Clairfield, TN

(704) 497-4710
Unknown

(352) 279-0914   Michael S Kociszewski
Spring Hill, FL

(615) 948-0101
Nashville, TN

(903) 732-4820   John C Hill
Roansbury, TX

(931) 285-0026   Jama J Smith
Hartselle, TN

(423) 733-8541   Amy M Dalton
Tharin Hill, TN

(214) 496-0252   Carolina Wyatt
Irving, TX

(254) 629-8152   Patrick J Little
Eastland, TX

(828) 286-2215   Carl J Kane
Union Mills, NC

(615) 921-9145   Glenn Burks
Vanleer, TN

(423) 733-4267   Greater Oaks By Christina
Kyles Ford, Tennessee

(956) 350-4630   Holden R Graybill
Odessa, TX

(979) 279-5466   James H Nam
Bryan, TX

(828) 286-2713   Carl J Kane
Union Mills, NC

(713) 404-7145
Houston, TX

(931) 424-7108   Barbara Z Vela
Summertown, TN

10 of 19                                                   5/16/17, 1:36 PM

---

http://www.trapcall.com/

Houston, TX

(817) 715-4042   Nancy C Allen
Fort Worth, TX

(423) 338-9271   Chas H Smith
Benton, TN

(903) 786-7232   Thomas Meadors
Petersburg, TX

(615) 374-2935   William A Sparorras
Hermville, TN

(352) 463-2454   Lucille S Bumpass
Bell, FL

(352) 463-2454   Lucille S Bumpass
Bell, FL

(972) 734-6900   James W Lara
Princeton, TX

(931) 626-1377
Fayetteville, TN

(858) 444-6756   
San Diego, CA

(731) 538-2046   Cholla Bayside
Henderson, TN

(919) 778-9541   Direct Boarding Kennels/Kennels
La Grange, NC

(850) 271-5114   Larry D Burgess
Panama City, FL

(256) 229-8873   Devey Allen
Lexington, AL

(256) 229-8873   Devey Allen
Lexington, AL

(423) 733-4267   Greater Oaks By Christina
Kyles Ford, Tennessee

(617) 290-9040   French Michaud
Needham, MA

11 of 19                                                   5/16/17, 1:36 PM

---

http://www.trapcall.com/

Germantown, TN

(251) 296-2525   Lizzie M Wilkerson
Hawkins, AL

(251) 246-7743   Marine C Pattinski
Wagarville, AL

(336) 421-9595
Unknown

(254) 693-5564   Erica S Swanner
Wills Point, TX

(469) 268-6831
Frisco, TX

(469) 268-6831
Frisco, TX

(903) 626-5600   Shershimers Tavella & Owsey
Maypearl, TX

(423) 784-7494   Lonnie J Hill
Clairfield, TN

(979) 243-4415   Samuel Dixon
Centerville, TX

(903) 785-9776   Douglas A Dombrowski
Brookston, TX

(256) 647-7329   Cheryl A Alexander
Hayden, AL

(281) 507-6521
Houston, TX

(281) 581-9302   Prosto S Lukavchic
Liverpool, TX

(615) 274-6735   Dr. Robert R Pry
Murfreesboro, TN

(772) 571-2349   Michael P Carroll
Hobesonn, FL

(806) 983-5352   Lorena Najera
Reynosa, TX

12 of 19                                                   5/16/17, 1:36 PM

http://www.tropcall.com/...

| Number | Name | Location | Details |
|---|---|---|---|
| (404) 865-1509 | Thomas Hynes | Red Bay, AL | 11:43AM 04-28-2017 — Voicemail |
| | | Atlanta, GA | |
| (713) 560-3224 | David Utley | Humble, TX | 11:15AM 04-29-2017 — Voicemail |
| (931) 766-0790 | Andrew Jordan | Westpoint, TN | 10:54AM 04-29-2017 — Voicemail |
| (858) 444-6796 | | San Diego, CA | 09:58AM 04-28-2017 — Voicemail |
| (256) 820-7133 | J H Fobus | Anniston, AL | 11:38AM 04-27-2017 — Voicemail |
| (843) 289-0531 | | Marion, SC | 11:33AM 04-27-2017 — Voicemail |
| (803) 925-2626 | Kenneth T Graham | Hickory Grove, SC | 09:39PM 04-27-2017 — Answering |
| (843) 617-6954 | Clyde Brown | Latta, SC | 09:32AM 04-27-2017 — Voicemail |
| (979) 484-1858 | | Bryan, TX | 09:06PM 04-27-2017 — Voicemail |
| (979) 773-8524 | Ms Christine M Osborne | Columbus, TX | 09:06PM 04-27-2017 — Voicemail |
| (251) 246-6114 | Leonel B Bumpus | Scottsboro, AL | 08:37PM 04-27-2017 — Voicemail |
| (469) 268-6831 | | Frisco, TX | 08:26PM 04-27-2017 — Voicemail |
| (256) 820-7133 | J H Fobus | Anniston, AL | 08:25PM 04-27-2017 — Voicemail |
| (910) 371-9580 | | Unknown | 08:03PM 04-27-2017 — Voicemail |
| (731) 783-5602 | Bill H Benjamin | Henning, TN | 08:00PM 04-27-2017 — Voicemail |
| (615) 356-2769 | Tammy Dohemann | Pegram, TN | 07:46PM 04-27-2017 — Voicemail |

12 of 19

5/16/17, 1:26 PM

http://www.tropcall.com/...

| Number | Name | Location | Details |
|---|---|---|---|
| (423) 733-2646 | Angie Stout | Elkton, TN | 07:42PM 04-27-2017 — Voicemail |
| (334) 637-1728 | Johnnie Baker | Thomasville, AL | 07:40PM 04-27-2017 — Voicemail |
| (336) 879-2897 | | Unknown | 07:11PM 04-27-2017 — Voicemail |
| (931) 232-4080 | | Unknown | 07:12PM 04-27-2017 — Voicemail |
| (931) 764-3154 | | Unknown | 07:35PM 04-27-2017 — Voicemail |
| (972) 398-8066 | | Unknown | 07:10PM 04-27-2017 — Voicemail |
| (423) 334-4417 | | Unknown | 07:04PM 04-27-2017 — Voicemail |
| (731) 428-1522 | Robert Disotel | Wakefield, MA | 07:04PM 04-27-2017 — Voicemail |
| (910) 371-9580 | | Unknown | 07:04PM 04-27-2017 — Voicemail |
| (361) 782-6901 | | Unknown | 06:55PM 04-27-2017 |
| (409) 547-2221 | | Unknown | 06:52PM 04-27-2017 — Voicemail |
| (830) 796-4602 | | Unknown | 06:51PM 04-27-2017 — Voicemail |
| (830) 551-0053 | Nathelle Bustos | San Marcos, TX | 06:49PM 04-27-2017 — Voicemail |
| (956) 844-6608 | | Unknown | 06:49PM 04-27-2017 — Voicemail |
| (931) 583-7535 | | Unknown | 06:47PM 04-27-2017 — Voicemail |
| (830) 875-6042 | | Unknown | 06:46PM 04-27-2017 — Voicemail |

14 of 19

5/16/17, 1:26 PM

http://www.tropcall.com/...

| Number | Name | Location | Details |
|---|---|---|---|
| (256) 825-2439 | | Unknown | 03:32PM 04-27-2017 — Voicemail |
| (903) 877-3578 | | Unknown | 06:30PM 04-27-2017 — Answering |
| (903) 877-3578 | | Unknown | 06:29PM 04-27-2017 — Voicemail |
| (910) 540-1455 | | Unknown | 06:28PM 04-27-2017 — Voicemail |
| (423) 336-8001 | | Unknown | 06:26PM 04-27-2017 — Voicemail |
| (423) 733-2646 | Angie Stout | Elkton, TN | 06:19PM 04-27-2017 — Voicemail |
| (832) 869-5350 | James Phegers | Jersey Village, TX | 06:18PM 04-27-2017 — Voicemail |
| (409) 752-5034 | Nancy A Harris | China, TX | 06:15PM 04-27-2017 — Voicemail |
| (931) 759-7274 | Jerry Gamble | Leitchburg, TN | 06:14PM 04-27-2017 — Voicemail |
| (615) 414-9872 | | Unknown | 06:06PM 04-27-2017 |
| (903) 732-9118 | Carey S Imose | Powderly, TX | 06:13PM 04-27-2017 — Voicemail |
| (423) 733-2646 | Angie Stout | Elkton, TN | 06:13PM 04-27-2017 — Voicemail |
| (956) 844-6196 | Vidal Flores | Oeville, TX | 06:02PM 04-27-2017 — Voicemail |
| (214) 227-6038 | | Unknown | 06:13PM 04-27-2017 |
| (956) 844-6196 | | Vidal, TX | 06:13PM 04-27-2017 — Voicemail |
| (423) 733-2646 | Angie Stout | Elkton, TN | 06:04PM 04-27-2017 — Voicemail |

13 of 19

5/16/17, 1:26 PM

http://www.tropcall.com/...

| Number | Name | Location | Details |
|---|---|---|---|
| (423) 733-2646 | Angie Stout | Elkton, TN | 06:08PM 04-27-2017 — Voicemail |
| (423) 733-2646 | Angie Stout | Elkton, TN | 06:08PM 04-27-2017 — Voicemail |
| (409) 554-2995 | Ms Brenda J Reynolds | Buna, TX | 06:00PM 04-27-2017 |
| (979) 316-3199 | | Bay City, TX | 06:00PM 04-27-2017 — Voicemail |
| (931) 964-4806 | Kenneth L Miller | Summertown, TN | 05:57PM 04-27-2017 — Voicemail |
| (251) 937-7766 | Gregory T Doberry | Fairhope, AL | 05:55PM 04-27-2017 — Voicemail |
| (832) 528-6509 | | Unknown | 05:04PM 04-27-2017 |
| (931) 964-4806 | Kenneth L Miller | Summertown, TN | 05:52PM 04-27-2017 — Voicemail |
| (931) 964-4806 | Kenneth L Hogg | Summertown, TN | 05:51PM 04-27-2017 — Voicemail |
| (615) 654-4280 | Sandra D Cannon | Orlinda, TN | 05:44PM 04-27-2017 — Voicemail |
| (803) 532-8242 | Hardy's Sure First Concept | Harrisburg, SC | 05:53PM 04-27-2017 — Voicemail |
| (803) 532-8242 | Hardy's Sure First Contact | Harrisburg, SC | 05:09PM 04-27-2017 — Voicemail |
| (979) 788-8168 | Ed Vogt | Hempstead, TX | 06:29PM 04-27-2017 — Voicemail |
| (336) 559-0927 | Larry Haislip | Corbon Christi, TX | 05:26PM 04-27-2017 — Voicemail |
| (432) 426-3257 | Cloth Brown | Fort Worth, TX | 05:32PM 04-27-2017 — Voicemail |
| (843) 557-6954 | Cloth Brown | Latta, SC | 05:15PM 04-27-2017 — Voicemail |

16 of 19

5/16/17, 1:26 PM

## Column 1 (top left)

Unwanted Hospital Calls    Sydney McKinney    http://www.tropcall.com/topcats/getlist.cfl

Athens, TX

(352) 543-9810   William O. Verlet
Cedar Key, FL

(931) 764-0439   Vincenzo F. Sheridan
Vanzant, TN

(954) 536-2348   Fernanda Wilson
Plantation, FL

(936) 931-9469   Karen Womack
Walker, TX

(936) 559-0927   Larry Howell
Corpus Christi, TX

(843) 496-5751   Jr Elijah Jepsen
Little, SC

(936) 559-0927   Gary Howard
Corpus Christi, TX

(256) 437-6033   Mike G. O'Donnell
Brownsboro, AL

(781) 245-9097   Michael S. Abaca
Wakefield, MA

(409) 842-4706   Axel Mani Two B Turner
Sequoyah, TX

(352) 498-9345   Fleming Equipment Repair
Cross City, Florida

(432) 426-3339   Vic Eleanor G. Mylonarun
Fort Davis, TX

(936) 348-9032   Marshall Graham Dooley
Mabury, TX

(352) 498-9345   Fleming Equipment Repair
Cross City, Florida

(903) 732-4820   Jolene Hill
Powderly, TN

(409) 429-5353   J E Bingham
Bryan, TX

17 of 19                                                   5/16/17, 1:26 PM

## Column 1 (bottom left)

Unwanted Hospital Calls   Anna L. Auten   http://www.tropcall.com/topcats/getlist.cfl

Wildridge, TN

(903) 465-6440   Thomas W. Tatar
Oakland, TN

(978) 800-7303   Brianna, MA

(409) 423-4683   Tracey Christopher
Amarillo, TX

(435) 535-6033   Daryl L Ratliff
Garfield, TN

(903) 758-0819   Francisco A Ridge
Longview, TX

(830) 625-3075   Richard G Krause
New Braunfels, TX

(325) 920-5925   Unknown

(256) 332-4340   Haley H Garcia
Spruce Pine, AL

(936) 288-3000   Johnny L Barrett
San Augustine, TX

(309) 423-5871   Micheal Alesch
Edgewater, FL

(409) 440-0268   Gregg Marias Kowalsky
Mount Airy, Maryland

(936) 254-9063   Loe H Downing
Temple, TX

(928) 830-1263   TropCall Prankz Call
Unknown

19 of 19                                                   5/16/17, 1:26 PM

Unwanted Hospital Calls   Le C Green   http://www.tropcall.com/topcats/getlist.cfl

Alpine, AL

(731) 239-3656   Connor J Milks
Adams, TN

(936) 398-5370   Trevor B Bryan
Leggett, TX

(256) 216-1500   Unknown

(978) 535-7820   Julia L Rosenthal
Peabody, MA

(956) 324-5208   Greg A Trosso
Hurst, TX

(210) 872-6887   Mickey Ruiz
San Antonio, TX

(931) 759-7274   Jerry Gamble
Leitchburg, TN

(210) 262-2646   Student Mirage
Sharma Park, TX

(214) 771-3621   Unknown

(903) 626-5600   Shorowanak Janese V Davis
Mineola, TX

(361) 317-3243   Payday Loans
Corpus Christi, TX

(731) 376-1722   Clarence C Starks
Milwaukee, TN

(251) 296-2525   Lloyd M Wilkerson
Pensacola, AL

(830) 351-0653   Nicholas Franco
San Marcos, TX

(361) 541-8029   Victoria, TX

(803) 284-2719   Eddie M Osborn
Blackville, SC

18 of 19                                                   5/16/17, 1:26 PM

# EXHIBIT "7"

# ROBERT A. DOANE
Martha's Vineyard Residence
Twenty One New Lane
West Tisbury, MA 02568

————

robertdoane@rcn.com

<u>Mailing Address</u>

103 Prospect Street
Wakefield, MA 01880

Tel: 781-245-6577
Facsimile 888.712.2724

8 May 2017

## <u>CONFIDENTIAL AND EXTREAMLY URGENT</u>

<u>*Sent via Facsimile (877-835-3788),*</u>
<u>*E-Mail (ashar@telecircuit.com, cs@telecircuit.com)*</u>

Ashar Syed, et al.
Chief Executive Officer
TeleCircuit Network Corporation
1815 Satellite Blvd, Suite 504
Duluth, GA 30097

**RE:     Immediate Cease and Desist / 30-day G.L. c. 93A Demand**

Mr. Syed, et al:

This letter is directed TeleCircuit Network Corporation, and to each of its officers in their individual capacities, namely, Ashar Syed – Chief Executive Officer, and Pobish Khan – Chief Financial Officer, and any other named officer and/or responsible employee of TeleCircuit Network Corporation (collectively "TeleCircuit").

TeleCircuit has been determined responsible for, among other things, the use of my personal identifying information in an illegal telemarketing campaign, i.e., causing my name and phone number to be spoofed on at least hundreds if not thousands of phones in several states, in criminal violation of the Massachusetts Identify Fraud Statute, G.L. c. 266, § 37E, et seq. ("MIFS"), and numerous criminal and civil provisions of the Telephone Consumer Protection Act 47 U.S.C. §227, et seq. ("TCPA"), the Massachusetts Telephone Solicitation Act, G.L. c 159C, et seq. ("MTSA"), and the Massachusetts Consumer Protection Act, G.L. c. 93A et seq. TeleCircuit's conduct has caused nuisance, invasion of privacy, harassment, and amounts to hundreds if not thousands of counts of defamation by slander and libel, all causing me substantial damages, and the substantial risk of future damages.

On April 26, 2017, at about 6:36 PM, a call was received on my cellphone from 251-867-6185. The party claimed to have received a call from me. In fact, no call had been made to that party. About a half hour later, a call was received on my cellphone from 713-670-9730 from another party wrongly accusing me of having called them. That evening, several more calls were received from various different persons from several different states alleging they received calls from me. In fact, no calls were being made to these parties. The gravity of the situation became severely concerning and it was difficult to sleep that night.

On April 27, 2017, the next morning, my cellphone became completely inundated with calls from people claiming they received calls from me. The callers reported that their caller identifications displayed "Doane Robert 781-245-6577." As many calls as possible were answered with attempts to explain that no calls were made to them, and that apparently someone was using my name and number, and that they attempt to get information from those calling using my name and number, and provide me with other evidence, e.g., evidence showing my identifying information was being displayed.

As time passed, calls by those believing I had called them continued in frequency, and persons calling became increasingly angry, leaving voice mails reporting accusing me of having made multiple calls, that they were on the do-not-call list and that such calls were therefore illegal, threatening to sue, report me to the police and the FBI, and in some instances, the callers actually advised me they had reported me. There were so many calls and voicemails that my voicemail software began behaving erratically, where the voicemail recordings became garbled and inaudible and it became impossible to distinguish between callers that would need to be addressed, such as those threatening to sue or report me to the authorities, and those who did need to be promptly addressed.

On Friday, April 28, 2017, after becoming exhausted and utterly distressed at what became an unmanageable if not impossible situation to deal with, it became necessary to silence my phone until the next day. To date, while the calls seemed to have subsided, albeit they come in waves, the calls still continue.

Upon review of some of the audible voicemails, it was discovered that several callers who had been asked for assistance had called back and left messages. According to these reports, the telemarketers had foreign accents and were calling senior citizens on behalf of "TeleCircuit" attempting to sell products and or services.  For example, a voicemail message received on April 27, 2017, at 4:33 PM, stated that a second call was received fraudulently showing my name and number from an agent who identified himself as "Sam Cash" from "TeleCircuit." After the recipient of the call expressed interest the agent provided a callback number of 887-835-3247, which was determined to be a working number for TeleCircuit. In another example, a voicemail message was received on April 28, 2017, at 2:59 PM, stating that another call was received fraudulently showing my name and number and that the agent claimed to be calling senior citizens to solicit sales of TeleCircuit services, i.e., "reduced phone services from AT&T for $45.00 per month.

As result of the illegal spoofing of my name and number by TeleCircuit, hundreds of persons have attempted to call me back believing they were called by me, and over 130 voice mail messages were received before my voicemail became dysfunctional. Since the callbacks do not represent those actually called, it is suspected that the actual calls made in violation of the TCPA and the MTSA using my name and number in violation of the MIFS are in the thousands.

MIFS, G.L. c. 266, § 37E, states in relevant part:

(a)     For purposes of this section, the following words shall have the following meanings:

"Harass", willfully and maliciously engage in an act directed at a specific person or persons, which act seriously alarms or annoys such person or persons and would cause a reasonable person to suffer substantial emotional distress.

"Personal identifying information", any name or number that may be used, alone or in conjunction with any other information, to assume the identity of an individual, including any name, address, telephone number, driver's license number, social security number, place of employment, employee identification number, mother's maiden name, demand deposit account number, savings account number, credit card number or computer password identification.

"Pose", to falsely represent oneself, directly or indirectly, as another person or persons.

"Victim", any person who has suffered financial loss or any entity that provided money, credit, goods, services or anything of value and has suffered financial loss as a direct result of the commission or attempted commission of a violation of this section.

(b)     Whoever, with intent to defraud, poses as another person without the express authorization of that person and uses such person's personal identifying information to obtain or to attempt to obtain money, credit, goods, services, anything of value, any identification card or other evidence of such person's identity, or to harass another shall be guilty of identity fraud and shall be punished by a fine of not more than $5,000 or imprisonment in a house of correction for not more than two and one-half years, or by both such fine and imprisonment.

(c)     Whoever, with intent to defraud, obtains personal identifying information about another person without the express authorization of such person, with the intent to pose as such person or who obtains personal identifying information about a person without the express authorization of such person in order to assist another to pose as such person in order to obtain money, credit, goods, services, anything of value, any identification card or other evidence of such person's identity, or to harass another shall be guilty of the crime of identity fraud and shall be punished by a fine of not more than $5,000 or imprisonment in a house of correction for not more than two and one-half years, or by both such fine and imprisonment.

(d)     **A person found guilty of violating any provisions of this section shall, in addition to any other punishment, be ordered to make restitution for financial loss sustained by a victim as a result of such violation**. Financial loss may include any costs incurred by such victim in correcting the credit history of such victim or any costs

incurred in connection with any civil or administrative proceeding to satisfy any debt or other obligation of such victim, including lost wages and attorney's fees.

(e)     A law enforcement officer may arrest without warrant any person he has probable cause to believe has committed the offense of identity fraud as defined in this section.

(f)     A law enforcement officer shall accept a police incident report from a victim and shall provide a copy to such victim, if requested, within 24 hours. Such police incident reports may be filed in any county where a victim resides, or in any county where the owner or license holder of personal information stores or maintains said personal information, the owner's or license holder's principal place of business or any county in which the breach of security occurred, in whole or in part.

TeleCircuit, while engaging in an illegal telemarketing scheme (further explained below), used my personal identifying information in violation of G.L. c. 266, § 37E at least several hundreds, if not thousands, of times.

TeleCircuit's conduct was not only illegal, such conduct amounts to trespass, invasion of privacy, harassment, and defamation by libel and slander, all of which has caused me to suffer severe emotional distress.

TeleCircuit has an F rating on the Better Business Bureau website, and the site notes complaints that TeleCircuit targets senior citizens and is a scam, all of which, by use of my name and number, has been wrongly associated with me.

As a result of the trespass, invasion of privacy, and harassment, I have been unable to effectively communicate with my family and friends, have been subjected to the threat of suit, the threat of being reported to authorities, and caused to suffer other fears. The distress has been so severe and of such magnitude that it has interfered with my sleep, daytime function, ability to eat, and it has caused physical manifestations, such as stomach upset, and heart palpitations, among other thing.  With little doubt, TeleCircuit's defamatory conduct meets the elements of severe intentional infliction of emotional distress.

TeleCircuit's use of my personal identifying information, which ultimately caused hundreds of callbacks to my cellphone, causing the above mentioned damages, was done while engaging in trade or commerce, and thus violates the Massachusetts Consumer Protection Act, G. L. c. 93A, and the damages caused are adequate to establish standing thereunder. This 30-day demand letter is therefore sent under the provisions G.L. c. 93A.

**This letter demands:**

1. **TeleCircuit <u>immediately</u> cease and desist from the use of my personal identifying information in its illegal telemarketing campaign;**

2. TeleCircuit **immediately** provide the identity of its telemarketer agent responsible (assuming TeleCircuit did not directly make the calls using my personal identifying information);

3. TeleCircuit **immediately** provide a complete list of those contacted using my personal identifying information, provide it to me, and immediately issue a letter to each of those called explaining the circumstances and retracting what amounts to defamatory statements, with copies to me;

4. TeleCircuit **immediately** enter voluntarily into an agreement admitting liability and that indemnifies me from any and all claims by any person arising from those calls that wrongly used my personal identifying information; and

5. TeleCircuit pay me damages of One Million Dollars ($1,000,000) or otherwise make a reasonable settlement offer within thirty days.

Unless and until TeleCircuit identifies and issues a letter to each of those actually called explaining the circumstances and retracting what amounts to a broad based defamation campaign there is no way to mitigate all the potential harms that may result and the damages would be immeasurable.

While an action may commence immediately to enjoin TeleCircuit from further use of my personal identifying information, in the event TeleCircuit timely complies with my non-monetary demands and explicitly expresses a desire and intent to resolve this matter amicably before the expiration of five days, no court action will commence prior thereto. In that regard, be advised that the time and expense pursuing non-monetary remedies would be compensable injuries under G.L. c. 93A. *See Casavant v. Norwegian Cruise Line, Ltd.*, 76 Mass. App. Ct. 73, 79, 919 N.E.2d 165, 170 (2009). Review granted, 456 Mass. 1106, 925 N.E.2d 864 (2010) (litigation requiring expense of "time, money and effort" constitutes "injury" under G.L. c. 93A). Accordingly, such costs, should they become necessary, will counted as damages under G.L. c. 93A.

As you should be aware, under G.L. c. 93A corporate officers may be held directly liable for the damages without needing to pierce the corporate vale. See *Nader v. Citron*, 372 Mass. 96, 360 N.E.2d 870 (1977) (abrogated on other grounds by, *Iannacchino v. Ford Motor Co.*, 451 Mass. 623, 888 N.E.2d 879 (2008)).[1] TeleCircuit's principle officers, in both

---

[1] Specifically, "corporate officers can be held personally liable for participating in unfair and deceptive business practices." *Bolen v. Paragon Plastics*, Inc., 754 F. Supp. 221, 228 (D. Mass. 1990), citing *Nader v. Citron*, 372 Mass. 96, 103, 360 N.E.2d 870, 875 (1977) (abrogated on other grounds by, *Iannacchino v. Ford Motor Co.*, 451 Mass. 623, 888 N.E.2d 879 (2008) and *Manning v. Zuckerman*, 388 Mass. 8, 10, 444 N.E.2d 1262, 1263 (1983). Corporate shareholders as well as officers can be held personally liable under G.L. c. 93A; *Lily Transp. Corp. v. Royal Institutional Services, Inc.*, 64 Mass. App. Ct. 179, 832 N.E.2d 666 (2005) (corporate shareholder found liable under G.L. 93A for attempting to "hide" a related corporation's existence.); See also, *Hoch v. Porrazzo*, 2005 Mass. App. Div. 61, 62, 2005 WL 1383340 (2005) and cases cited; *Shaw v. Yellin*, 2008 Mass. App. Div. 141, 2008 WL 2627637 (2008), decision aff'd, 75 Mass. App. Ct. 1103, 912 N.E.2d 1040 (2009) (personal liability of corporation's shareholders and officers for unfair and deceptive acts under G.L. c. 93A); *Musi v. Blair*, 2011 Mass. App. Div. 51, 2011 WL 704745 (2011) (liability under G.L. c. 93A for one who acted on behalf of company and played a key role in its operation); *Adelphia Agios Demetrios, LLC v. Arista Development*, LLC, 2013 WL 1622675 (D. Mass. 2013) (case involves G.L. c. 93A claims against officer of an LLC); *George Hyman Const. Co. v.*

their capacity as managers and/or officers **and in their individual capacity**, are subject to the jurisdiction of Massachusetts under the provisions of the Massachusetts Long Arm Statute, G.L c. 223A.

With respect to the G.L. c. 93A claim for damages, if TeleCircuit believes the demand is unreasonable, it may investigate the facts and the law and counter with a reasonable offer of settlement within 30 days. Should TeleCircuit fail respond to the demands related to violations of G.L. c. 93A with a reasonable offer of settlement within 30 days an action may be brought against TeleCircuit and officers in their individual capacities seeking, *inter alia*, treble actual damages as to each officer, court costs and attorney fees.

Aside from my own claims, a private right of action exists for each of those who received a call from TeleCircuit, among which several hundred may be identified. Specifically, pursuant to 47 U.S.C.A. § 227(c)(5) of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, a private right of action exists for violation of the Federal Communications Commission's (FCC) national do-not-call registry, 47 C.F.R. § 64.1200(c)(2) and entity-specific do-not-call list, 47 C.F.R. § 64.1200(d), and regulations promulgated pursuant to the TCPA protection of telephone subscriber privacy rights provisions, 47 U.S.C. § 227(c)(1) to (4). 47 C.F.R. § 64.1200(c) and (d) sets forth certain procedures with which a telemarketer must comply prior to the initiation of a telemarketing call. Prior to initiating telemarketing calls, the person or entity placing the call must adopt specific standards. *Id.* It is clear that none of these standards were met.  A violation of subsection (d) gives rise to TCPA liability under 47 U.S.C. § 227(c)(5).

TeleCircuit's conduct in various degrees with respect to what were likely thousands of calls violates numerous provisions of the TCPA and the regulations promulgated thereunder, with each violation subject to separate statutory damages of not less than $500 and not more than $1,500 for willful and knowing violations. TeleCircuit's violations include but may not be limited to:

1. 47 U.S.C. §227(b)(1)(A)(iii) by calling persons using an automatic telephone dialing system (ATDS), a violation of 47 U.S.C. § 227(b)(1)(iii);

2. 47 C.F.R. § 64.1200(c)(2), by engaging in a pattern or practice of initiating telephone solicitations while many of the telephone numbers called were at all times relevant on the Federal Trade Commission's do not call registry, a violation of 47 U.S.C. § 227(c)(5);

3. 47 C.F.R. § 64.1200(d) by causing telephone solicitation calls to be made without first instituting procedures for maintaining a list of persons who do not wish to receive telephone solicitations, a violation of 47 U.S.C. § 227(c)(5);

4. 47 C.F.R. § 64.1200(d)(1) by failing to provide, upon demand, a do-not-call policy, a violation of 47 U.S.C. § 227(c)(5);

5. 47 C.F.R. § 64.1200(d)(3) by and through the course of initiating calls for the purposes of a telemarketing solicitation by repeatedly failing to honor do-not-call

---

*Gateman*, 16 F. Supp. 2d 129 (D. Mass. 1998); See also *Shaw v. Yellin*, 2008 Mass. App. Div. 141, 2008 WL 2627637 (2008), decision aff'd, 75 Mass. App. Ct. 1103, 912 N.E.2d 1040 (2009)

requests and continuing to call despite requests not to be called, a violation of 47 U.S.C. § 227(c)(5); and

6. 47 C.F.R. § 64.1200(d)(4) by failing to provide a telephone number or address, a violation of 47 U.S.C. § 227(c)(5).

TeleCircuit operates in knowing disregard of the TCPA, and "caused the calls to be made." Even if another party made the calls on TeleCircuit's behalf, it cannot escape liability to each of those persons called. The TCPA, 47 U.S.C. § 227(c)(5), creating a private cause of action for violations of the Federal Communications Commission's (FCC) national do-not-call registry, 47 C.F.R. § 64.1200(c)(2), and entity-specific do-not-call list, 47 C.F.R. § 64.1200(d), imposes liability on the telemarketer, **and on the person or entity on whose behalf the telephone calls were made.** See e.g., *Mais v. Gulf Coast Collection Bureau, Inc.*, 2013 WL 1899616 (S.D. Fla. 2013). In addition to the caller, the statutory and regulatory language creates vicarious liability in the seller for the calls made by its agents. See *Id* and *Charvat v. EchoStar Satellite*, LLC, 676 F. Supp. 2d 668 (S.D. Ohio 2009).  Although the calls appear to have originated in the United States, even if elsewhere, they violate the TCPA (See 47 U.S.C. § 227(b)), to which TeleCircuit is liable.

The TCPA, 47 U.S.C. 227(b)(3) provides each of those consumers harmed by violations of the TCPA with the right to sue, seeking statutory damages of $500 per violation, **and the court can order triple damages for willful or knowing violations, or $1,500 per call.** "Willfully or knowingly" requires only the intent to make calls, regardless of any intent to violate the TCPA. *Standard Mutual Ins. Co. v. Lay*, 2012 WL 1377599 (4th Dist. April 20, 2012). **Under the TCPA, corporate officers may be held personally liable even though acting on behalf of the corporation**. See e.g., *Hoops & Associates, P.C. v. Financial Solutions and Associates, Inc.*, 395 S.W. 3d 594 (Mo. Ct. App. E.D. 2013) reh'g and/or transfer denied (Mar. 14, 2013) and transfer denied, (Apr. 30, 2013).

TeleCircuit also violated the MTSA – by use of spoofed numbers and by calling while on the do-not-call registry – which provides an additional $5,000.00 in statutory damages per violation as to each of those called. The MTSA provides separate and independent grounds for personal jurisdiction over out-of-state or non-resident defendants to an action or proceeding thereunder. *See* G.L. c. 159C §§ 8 and 13.

TeleCircuit also violated the Massachusetts Code of Regulations promulgated under G.L. c. 159C; 201 CMR 12.02 (6), which states for "[a]ll telephone solicitors engaging in unsolicited telephonic sales calls of Massachusetts consumers must institute procedures for honoring the list of Massachusetts consumers who have elected not to receive unsolicited telephonic sales calls in compliance with M.G.L. c. 159C and 201 CMR 12.00 et seq.," and further, that "[a]ll telephone solicitors engaging in unsolicited telephonic sales calls of Massachusetts consumers shall, at the beginning of such call, disclose [(b) **the correct name of the telemarketing company that employs the individual telemarketer who is making the call**; [and] (c) **the correct name of the ultimate seller whose goods or services are being offered by means of the telemarketing call**] … **within the first minute of a telephonic sales call** …," which, according to reports, TeleCircuit's agent call center (assuming TeleCircuit did not make the calls directly) failed to do.

**<u>You are hereby put on notice of litigation hold</u>**. Any and all materials or records in

TeleCircuit's care, custody, or control, and the care, custody, and control of its agents, relating to the subject of this matter should be preserved, including but not limited to call lists, call logs, audio recordings, and contracts, among any other relevant thing. Further, information in TeleCircuit's care, custody, and control relating to any and all claims by any person, company, or entity, accusing it of violating the TCPA, MTSA, or G.L. c. 93A, or any other state consumer protection act, or which may be relevant in any way whatsoever to this claim should be preserved.

Please immediately advise whether TeleCircuit intends to engage in negotiations by sending an email to me at robertdoane@rcn.com. Please direct any written correspondence to 103 Prospect Street, Wakefield MA 01880, until further notice.

As a final note, be advised that attorney Richard Reiling has been consulted with regarding the above circumstances and is awaiting to be retained with my instructions if that becomes necessary. In the event that becomes necessary, which will ultimately be at TeleCircuit's cost and expense as such will be considered additional damages, TeleCircuit will be so noticed and instructed to communicate directly with attorney Reiling.

Your anticipated prompt response is awaited.

Very Truly Yours,

Robert A. Doane

cc:     Richard Reiling, Esq.

# EXHIBIT "8"

From: **Robert Doane** robertdoane@rcn.com
Subject: Confirmation of your phone call
Date: May 8, 2017 at 4:05 PM
To: ashar@telecircuit.com
Bcc: Angie reilinglaw@aol.com



Mr. Ashar,

This email is to confirm the phone call you made to me today at about 3:15 pm from 678-478-2452 in which you stated "we do not do telemarketing in Massachusetts" (although TeleCircuits website indicates it does in fact perform telemarketing), and in which you also state (accuse me) "you are running a scam, just search google, your name is everywhere") and finally, you state, "ill come after you, you don't know me," among other things. You also requested the name of my attorney, and threatened to sue me for "several million dollars." You were asked to confirm receipt of the email and that my attorney's name would be provided in that email and you refused and insisted on getting his contact information over the phone. You were provided with the name of the attorney, which has been consulted on this matter, and his phone number.

Given the short time that passed between sending the demand and your phone call, it appears you have obtained some sort of adverse information concerning me prior to receiving the demand letter (although difficult to understand what information and what basis there is to it or how it has anything to do with you). This provides basis for me to believe you may have had motive and intentionally directed, or at least had knowledge, of the use of my phone number and name in your telemarking campaign. This certainly changes how the matter will proceed.

In any event, given the above, and your threat over the phone, this email notices you to make no further calls to me. If you wish to speak, you may do so through my attorney, who is copied on this email and is hereby retained to represent me in this matter.

Again, you are directed to cease and desist in further use of my personal identifying information in your telemarketing champagne, and advised to respond to my immediate demands in the demand letter which you acknowledged over the phone as having received.

Robert

# EXHIBIT "9"



From: ashar@telecircuit.com
Subject: RE: Confirmation of your phone call
Date: May 8, 2017 at 5:34 PM
To: Robert Doane robertdoane@rcn.com
Cc: Reilinglaw reilinglaw@aol.com

Robert - You forgot to copy email to your attorney let me copy for all your false accusations and the MA laws of defamation and slandering will be applicable on you:

These all your false claims and never email of call me again, have your attorney do it:

Accusation Number 1:

 "we do not do telemarketing in Massachusetts" (although TeleCircuits website indicates it does in fact perform telemarketing), **FALSE must prove in court**

Accusation Number 2:

Given the short time that passed between sending the demand and your phone call, it appears you have obtained some sort of adverse information concerning me prior to receiving the demand letter (although difficult to understand what information and what basis there is to it or how it has anything to do with you). This provides basis for me to believe you may have had motive and intentionally directed, or at least had knowledge, of the use of my phone number and name in your telemarketing campaign. This certainly changes how the matter will proceed. **FALSE your mentioned your own number on the letter**

Accusation Number 3:
you are directed to cease and desist in further use of my personal identifying information in your telemarketing champagne. **FALSE don't know or ever your your name in any manner, we only have two employee working here in GA.**

**So now NEVER email or call me directly.**


-------- Original Message --------
Subject: Confirmation of your phone call
From: Robert Doane <robertdoane@rcn.com>
Date: Mon, May 08, 2017 4:05 pm
To: ashar@telecircuit.com

Mr. Ashar,

This email is to confirm the phone call you made to me today at about 3:15 pm from 678-478-2452 in which you stated "we do not do telemarketing in Massachusetts" (although TeleCircuits website indicates it does in fact perform telemarketing), and in which you also state (accuse me) "you are running a scam, just search google, your name is everywhere") and finally, you state, "ill come after you, you don't know me," among other things. You also requested the name of my attorney, and threatened to sue me for "several million dollars." You were asked to confirm receipt of the email and that my attorney's name would be provided in that email and you refused and insisted on getting his contact information over the phone. You were provided with the name of the attorney, which has been consulted on this matter, and his phone number.

# EXHIBIT "10"



63 ATLANTIC AVE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110
_____
reilinglaw@aol.com

TELEPHONE 617.412.4291
FACSIMILE 617.412.4406

May 16, 2017

**_Sent via E-Mail_**
Ashar Syed
Chief Executive Officer
TeleCircuit Network Corporation
1815 Satellite Blvd, Suite 504
Duluth, GA 30097

**IMMEDIATE ACTION DEMANDED**

     **RE:    Doane v. TeleCircuit Network Corporation, et al**

Dear Mr. Syed:

     As you know, this office has been retained to represent the interests of Robert A. Doane  in regards to his claims against TeleCircuit Network Corporation ("TeleCircuit") in the above captioned matter.  While the undersigned is aware that TeleCircuit has only recently been served with a 30-Day G.L. c. 93A demand letter ("Demand Letter"), as that letter indicated, **Mr. Doane is being harassed in an ongoing and outrageous manner by TeleCircuit's telemarketer who is illegally causing Mr. Doane's name and number to appear on caller IDs across the country.**  The recipients of these calls, many of which are on the no-call list, are understandably upset and call Mr. Doane throughout the day and night. Given these circumstances, the Demand Letter therefore demanded, among other things, that TeleCircuit **immediately** provide the identity of its agent telemarketer so that steps may be taken to stop this criminal activity.

     It has now been five days and TeleCircuit has inexplicably failed to responded to Mr. Doane's demand for the identity of TeleCircuit's agent telemarketer.  Be advised that

Page 2
May 16, 2017

Mr. Doane continues to get calls from irate persons targeted by TeleCircuit's telemarker threatening Mr. Doane with lawsuits and other actions, including physical harm.

      At this juncture, Mr. Doane must insist that TeleCircuit disclose the name and business address of its agent telemarketer before close of business today, **Tuesday, May 16, 2017**. If this information is not provided, Mr. Doane will consider it an admission by TeleCircuit that it is *directly* responsible for the aforementioned illegal spoofing and will take action accordingly.

                Very Truly Yours,


                /s/RICHARD B. REILING
                RICHARD B. REILING
                Attorney at Law

# EXHIBIT "11"

**From:** ashar <ashar@telecircuit.com>
**To:** Reilinglaw <reilinglaw@aol.com>
**Subject:** RE: Doane v. TeleCircuit Network
**Date:** Tue, May 16, 2017 11:49 am

Please file a law suit in GA, I can't do anything. Once it is filed we will file counter claims.

Thanks,
AShar


-------- Original Message --------
Subject: Doane v. TeleCircuit Network
From: Reilinglaw <reilinglaw@aol.com>
Date: Tue, May 16, 2017 11:30 am
To: ashar@telecircuit.com

Mr. Syed,

Please find attached a letter addressed to you in connection with the above captioned matter.

Thank you,

**Angela M. Hernandez**
**Legal Assistant**


**Richard B. Reiling,Esq.**
BOTTONE I REILING
63 Atlantic Ave, 3rd Floor
Boston, MA 02110
(617) 412-4291 Office
(617) 412-4406 Facsimile
**Ohio Office**
6135 Memorial Dr., Ste. 102 A
Muirfield Square
Dublin, Ohio 43017


This message and any included attachments are from the law offices of Bottone I Reiling and are intended **only** for the addressees(s).  The information contained herein may include trade secrets, privileged or otherwise confidential information.  Unauthorized review, forwarding, printing, copying, distributing, or using this information is **strictly prohibited and unlawful**.  If you receive this messages in error, or have reason to believe you are not authorized to receive it, please promptly delete this message and notify the sender by e-mail. Thank you.