UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ROBERT A DOANE,** | CIVIL #. 1:19-CV-00111-MLB |
| **Plaintiff** | |
| v. | |
| **TELE CIRCUIT NETWORK, CORP.** Et al. | |
| **Defendants** | |

### DECLARATION OF RICHARD B. REILING, ESQ.

Richard B. Reiling, Esq., pursuant to 28 U.S.C. § 1746 hereby declares under penalty of perjury as follows:

1. I am over age 21 and make this declaration on the basis of my personal knowledge.

2. I am the attorney for the Plaintiff in the above captioned matter.

3. I am an attorney at law duly admitted to practice law in the Commonwealth of Massachusetts since 1995.  I am likewise admitted to practice in the State of Ohio, the United States District Courts for the District of Massachusetts, Northern District of Ohio, Southern District of Ohio and Eastern District of Michigan, the United States Tax Court, and the First, Second, Sixth and Eleventh Circuit Courts of Appeals.  I have been admitted pro hac vice to practice in state and federal courts across the country.  I am in good standing in each jurisdiction that I am admitted.

4. I have been continuously practicing law since 1995 as a civil litigator.  I have extensive trial experience and have served as lead trial counsel for individual and business clients in complex land disputes, commercial litigation, bankruptcy matters, employment and trust and

estate matters, malpractice, TCPA and MTSA litigation, consumer protection litigation, employment discrimination, wage and hour disputes, insurance disputes and general litigation.

5.      My hourly rate for litigation matters is $375.00 per hour.  This rate is below the average and customary hourly fee for an attorney of my experience in Massachusetts.  Based on my long-standing relationship with the Plaintiff in the above matter, I agreed to a discounted rate of $250.00 per hour for this case.

6.      I have recorded my time in the above matter in a contemporaneous manner in increments of one-tenth hour (.10) and my firm bills Plaintiff for my services on a monthly basis.

7.      I have reviewed my time records to determine the time spent on Plaintiff's claims against Defendants Tele Circuit Network Corporation and Ashar Syed in the United States District Court for the District of Massachusetts ("Massachusetts District Court"), the United States Bankruptcy Court for the Northern District of Georgia ("Bankruptcy Court"), the United States Court of Appeals for the 11th Circuit ("Court of Appeals") and this Court.  This time, as drawn from my time records, is as follows:

   A.   Attorney's fees incurred in proceedings before the Massachusetts District Court: $7,450.00 (29.8 hours at $250.00 per hour).

   B.   Attorney's fees incurred in proceedings before the Bankruptcy Court: $40,050.00 (160.2 hours at $250.00 per hour).

   C.   Attorney's fees incurred to date in proceedings before this Court: $14,275.00 (57.1 hours at $250.00 per hour).

   D.   Attorney's fees incurred in proceedings before the Court of Appeals: $10,875.00 (43.5 hours at $250.00 per hour).

**Attorney Fees: $72,650.00**

8.      Plaintiff has likewise incurred the following expenses in the prosecution of his claims:

    A.      Local Counsel Attorney's Fees:  $4,325.00

    B.      Counsel Press fees in proceedings before Court of Appeals: $5,913.20

    C.      Filing Fees: $856.00

    D.      Transcripts (hearings and depositions):  $2,014.94

    E.      Mailing Expenses:  $247.94

**Expenses: $13,357.08**

In my professional opinion, these expenses were reasonable and necessary to adequately represent Plaintiff's interests.

9.    The costs of this matter have been greatly increased by Tele Circuit's Chapter 11 bankruptcy filing, which required counsel to attend numerous hearings and, after several months, was ultimately dismissed.  Costs were further increased by Defendants' repeated and baseless motions to dismiss both before the Massachusetts District Court and this Court.

10.    It is my professional opinion that in the event that this matter proceeds to trial, Plaintiff will incur at least an additional $50,000.00 in fees and expenses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2022 in Boston, Massachusetts.

/s/RICHARD B. REILING
RICHARD B. REILING